IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3041 |
| vs. | |
| ISA M. HARRIS, | ORDER |
| Defendant. | |

The defendant is dissatisfied with court appointed counsel. Defendant has moved for appointment of new counsel. The above-named defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. After conferring with the defendant,

IT IS ORDERED:

1) Defendant's motion to appoint new counsel, (filing no. 17), is granted. John Berry, Jr. is hereby withdrawn as counsel and shall be deleted from any future ECF notifications herein.

2) The clerk shall forward this memorandum and order to the Federal Public Defender.

3) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. The court requests appointment of an "A" panel attorney.

4) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

May 16, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge