IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3041 |
| vs. | |
| ISA M. HARRIS, | ORDER |
| Defendant. | |

The court was unable to conduct a full and complete detention hearing yesterday because the defendant refused to permit his court-appointed counsel to represent him and he refused to listen to the court. Defendant also complained that his civil rights were being violated due to lack of access to a suitable law library at the Saline County Jail. The Marshal has agreed to transfer Defendant to CCA Leavenworth today.

Accordingly,

IT IS ORDERED:

1) Defendant's newly appointed counsel shall confer with the defendant, and if the defendant wants to re-schedule the detention hearing, counsel shall contact my chambers on or before May 19, 2016 to set that hearing. Absent such a request, the court will enter an order of detention based on the record currently before the court.

2) Defendant will appear at any re-scheduled detention hearing by videoconference from Leavenworth.

May 17, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge