IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>ISA M. HARRIS, AND MUSA J. HARRIS,<br><br>　　　　　　Defendants. | 4:15CR3041<br><br>**ORDER** |

Defendant Isa Harris' motion to dismiss remains pending. Accordingly,

IT IS ORDERED that **as to both defendants**, the trial of this case is continued pending resolution of Isa Harris' pretrial motions.

August 9, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge