IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISA M. HARRIS,<br><br>Defendant. | 4:15-CR-3041<br><br>ORDER |

This matter is before the Court on defendant Isa Harris's objection (filing 57) to the Findings, Recommendation, and Order (filing 56) of the Magistrate Judge, recommending that the defendant's Motion to Dismiss (filing 25) and Amended Motion to Dismiss (filing 29) be denied. The Court has conducted a de novo review of the motions to dismiss, pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them.

IT IS ORDERED:

1. The Magistrate Judge's Findings, Recommendation, and Order (filing 56) are adopted.

2. The defendant's objection (filing 57) is overruled.

3. The defendant's Motion to Dismiss (filing 25) is denied.

4. The defendant's Amended Motion to Dismiss (filing 29) is denied.

Dated this 17th day of October, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge