IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3041 |
| vs. | ORDER |
| ISA M. HARRIS, | |
| Defendant. | |

This matter is before the Court on the defendant's motion for copies (filing 132). The defendant is requesting his docket sheet, plea agreement, sentencing transcripts, and plea hearing transcript. The defendant's request will be denied.

To begin with, because the defendant did not appeal, no transcript was prepared of his March 10, 2017 sentencing. An indigent defendant bringing a postconviction proceeding under 28 U.S.C. § 2255 may have a transcript prepared at the government's expense, if the suit is not frivolous and the transcript is needed to decide the issue presented by the suit. 28 U.S.C. § 753. But any request for a free transcript prior to the filing of a § 2255 motion is premature. *Chapman v. United States*, 55 F.3d 390, 390-91 (8th Cir. 1995). And the defendant has not filed such a motion.

A transcript of the change of plea hearing (filing 86) has been prepared for the Court's use. And the other filings the defendant has requested are part of the Court's record. But the defendant does not have the right to receive copies of documents without payment, even if he is indigent. *See,* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). And the defendant has not explained why he needs the documents. The Court will, therefore, deny his motion for copies.

The defendant may, if he files a § 2255 motion, move for a sentencing transcript to be prepared pursuant to § 753, and the Court will at that time consider whether his motion is frivolous and the transcript is necessary. Alternatively, the defendant can pay for a transcript to be prepared and for the copies he has requested. The Court will direct the Clerk's office to provide the defendant with a copy of a request for transcript form, which the defendant may complete and return. The defendant's sentencing hearing was recorded by a court reporter, so if the defendant returns the request for transcript form, the court reporter will contact the defendant to arrange for payment of the fee. For the change of plea hearing, and the other documents the defendant has requested, he would need to pay for the copies at 50¢ per page. Those documents total 42 pages, resulting in a cost of $21.

IT IS ORDERED:

1. The defendant's motion for copies (filing 132) is denied.

2. The Clerk of the Court is directed to provide the defendant with a copy of this order and a request for transcript form.

Dated this 21st day of November, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge