IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:15CR3041 |
| vs. | |
| ISA M. HARRIS, | ORDER |
| Defendant. | |

Before the Court is the request for transcript of the plea hearing held on November 22, 2016, and the sentencing hearing held on March 10, 2017.

IT IS ORDERED:

1. The request for transcript, filing [134] is granted.

2. Fatima Harris is ordered to pay to the Clerk the amount of $40.15 for the sentencing transcript. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $40.15, a refund check will be issued.

3. The transcript of the plea hearing has been filed. A copy will be mailed to the requestor upon payment of $13.50 for the copy.

4. Upon receipt of payment, the Clerk is ordered to prepare a transcript of the sentencing hearing held on March 10, 2017. A copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated this 28th day of August, 2018.

BY THE COURT:

s/ John M. Gerrard
United States District Judge