IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:15CR3041 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| ISA M. HARRIS, | |
| Defendant. | |

Before the Court is the request for transcript of the plea hearing held on November 22, 2016, and the sentencing hearing held on March 10, 2017.

A transcript of the change of plea hearing has already been filed, so the requestor need only pay the Clerk for copies. But no transcript has been prepared of the sentencing hearing—so, the requestor will need to make arrangements to pay the court reporter to prepare a transcript of that hearing.

IT IS ORDERED:

1. The request for transcript (filing 134) is granted.

2. The Clerk is directed to mail a copy of this order to Fatima Harris at P.O. Box 1929, Grand Canyon, AZ, 86023.

3. A transcript of the plea hearing has already been filed. A copy will be mailed to Ms. Harris upon payment to the Clerk of $13.50 for the copy.

4. Court reporter Rogene Schroder is directed to advise Ms. Harris of the cost to obtain a transcript of the sentencing hearing. Ms. Harris will be responsible for that transcript cost.

Dated this 29th day of August, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge