IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3041 |
| vs. | |
| ISA M. HARRIS, | ORDER |
| Defendant. | |

    This matter is before the Court on the defendant's objection (filing 140) to the government's notice (filing 139) of intent to destroy exhibits. Pursuant to this Court's local rules,

> exhibits must be retained until at least 30 days after a case's final disposition, including (i) any appeal; (ii) the denial of or expiration of the time in which to file a petition for writ of certiorari; and (iii) the denial of or expiration of the statutory time (including any reasonably foreseeable tolling of that time) for filing a motion for post-conviction relief under 28 U.S.C. § 2255.

NECrimR 55.1(g)(1)(B). All those deadlines have been passed here, and the defendant's objection offers no explanation for why the government should be required to retain exhibits for a case that is long-closed. Accordingly,

    IT IS ORDERED that the defendant's objection (filing 140) is overruled.

    Dated this 21st day of September, 2020.

                                    BY THE COURT:

                                    John M. Gerrard
                                    Chief United States District Judge